UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES GORDON SMITH,<br><br>Plaintiff,<br><br>v.<br><br>ADMASSU A GUESSESE, et al.,<br><br>Defendants. | CASE NO. C25-1194-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES |

This matter comes before the Court on the parties' stipulated motion to extend initial scheduling deadlines. Dkt. No. 12. The motion is GRANTED. The Court ORDERS:

1. The deadline to exchange initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be extended from August 1, 2025 to August 22, 2025.

2. The deadline to file the Joint Status Report shall be extended from August 8, 2025 to August 29, 2025.

Dated this 4th day of August, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES - 1