UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES GORDON SMITH,<br><br>Plaintiff,<br>v.<br><br>ADMASSU A GUESSESE, et al.,<br><br>Defendants. | CASE NO. C25-1194-KKE<br><br>ORDER GRANTING STIPULATED MOTION OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

THIS MATTER, having come before the Court on the stipulation of the Parties, now hereby ORDERS that the Stipulated Motion for Order of Withdrawal and Substitution of Counsel is GRANTED. Malcolm S. Harris of Malcolm S. Harris, PLLC is withdrawn, and Rafael Urquia of Urquia Law, PLLC is substituted, as the attorney of record for Plaintiff in the above-captioned matter effective immediately. All further pleadings, papers, and motions must be served on Rafael Urquia of Urquia Law, PLLC.

Dated this 16th day of September, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge